UTILITIES COMMISSION v. PETROLEUM CARRIERS

No. 53 PC.

Case below: 13 N.C. App. 554.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 April 1972.


WILSON v. CHEMICAL CO.

No. 46 PC.

Case below: 13 N.C. App. 610.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 April 1972.


WOODS v. ENTERPRISES, INC.

No. 45 PC.

Case below: 13 N.C. App. 650.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.